Kelly KIDD, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 13420.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 23, 1957.

Decided March 7, 1957.

Mr. D. A. St. Angelo, Washington, D. C. (appointed by the District Court), with whom Mr. William Joseph Dixon, Washington, D. C. (also appointed by the District Court) and Mr. Garner J. Cline, Washington, D. C., were on the brief, for appellant.

Mr. E. Tillman Stirling, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll, A. L. Stevas and Harry T. Alexander, Asst. U. S. Attys., were on the brief, for appellee.

Before EDGERTON, Chief Judge, and WASHINGTON and DANAHER, Circuit Judges.

PER CURIAM.

This appeal is from a conviction of arson. We find no error affecting substantial rights.

Affirmed.

George W. MITCHELL, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 13439.

United States Court of Appeals
District of Columbia Circuit.

Argued Feb. 4, 1957.

Decided Feb. 28, 1957.

Mr. Daniel H. Margolis, Washington, D. C. (appointed by this Court), for appellant.

Mr. Forbes W. Blair, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll, Arthur McLaughlin and Harry T. Alexander, Asst. U. S. Attys., were on the brief, for appellee.

Before WILBUR K. MILLER, WASHINGTON and DANAHER, Circuit Judges.

PER CURIAM.

George W. Mitchell was convicted of assaulting a policeman who had come, in response to a call from the management, to eject him from a tavern.

We have examined the contentions ably put forward on appellant's behalf by court-appointed counsel. We are satisfied, upon a review of the entire record, that appellant's substantial rights have not been prejudiced.

Affirmed.